UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **V.T.M.,** | § § § | |
| *Petitioner*, | § § | |
| v. | § § | |
| **JOEL D. GARCIA,** *in his official capacity as* Field Office Director, El Paso Field Office, U.S. Immigration and Customs Enforcement; **TODD LYONS,** *in his official capacity as* Director, U.S. Immigration and Customs Enforcement; **KRISTI NOEM,** *in her official capacity as* Secretary, U.S. Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;** and **PAMELA BONDI,** *in her official capacity as* Attorney General of the United States, | § § § § § § § § § § § § § § § | EP-26-CV-00082-DCG |
| *Respondents*. | § | |

## ORDER DISMISSING PETITION WITHOUT PREJUDICE

Pursuant to Petitioner V.T.M.'s "Notice of Voluntary Dismissal Without Prejudice" (ECF No. 8), the Court **DISMISSES** the above-captioned case **WITHOUT PREJUDICE**.

The Court thereby **CLOSES** the case.

**So ORDERED and SIGNED this 5th day of February 2026.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE